```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 04 B 28764
   ALEX G TARRAGO
   VERONICA M TARRAGO                         CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-7738     SSN XXX-XX-4898

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 08/04/2004 and was confirmed 11/24/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated 100.00% from remaining funds.

     The case was paid in full 11/20/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
--------------------------------------------------------------------------------
BANCO POPULAR NORTH AMER  SECURED            19150.00       1692.87      19150.00
BANCO POPULAR NORTH AMER  UNSECURED           6870.63         .00         6870.63
M&T MORTGAGE CORP         CURRENT MORTG          .00          .00             .00
M&T MORTGAGE CORP         MORTGAGE ARRE       3281.40         .00         3281.40
TOYOTA MOTOR CREDIT       SECURED             5393.43        476.80       5393.43
INTERNAL REVENUE SERVICE  PRIORITY           NOT FILED       .00             .00
CAPITAL ONE SERVICES      UNSECURED          NOT FILED       .00             .00
CAPITAL ONE SERVICES      UNSECURED          NOT FILED       .00             .00
CAPITAL ONE SERVICES      UNSECURED          NOT FILED       .00             .00
CAPITAL ONE SERVICES      UNSECURED          NOT FILED       .00             .00
CAPITAL ONE               UNSECURED          NOT FILED       .00             .00
CARSON PIRIE SCOTT        UNSECURED            219.25        .00           219.25
INTERNAL REVENUE SERVICE  NOTICE ONLY        NOT FILED       .00             .00
WORLD FINANCIAL NETWORK   UNSECURED            341.75        .00           341.75
SEVENTH AVENUE            UNSECURED            405.69        .00           405.69
RESURGENT ACQUISITION LL  UNSECURED            715.83        .00           715.83
RESURGENT ACQUISITION LL  UNSECURED           1939.09        .00          1939.09
WORLD FINANCIAL NETWORK   UNSECURED            399.56        .00           399.56
CARD SERVICE CENTER       UNSECURED           1425.84        .00          1425.84
HOME DEPOT CREDIT SERVIC  UNSECURED          NOT FILED       .00             .00
FIRST REVENUE ASSURANCE   UNSECURED          NOT FILED       .00             .00
RETRIEVAL MASTERS CRED B  UNSECURED          NOT FILED       .00             .00
ECAST SETTLEMENT CORP     UNSECURED            560.81        .00           560.81
M&T MORTGAGE              COST OF COLLE          .00         .00             .00
LEGAL HELPERS PC          DEBTOR ATTY         2,520.00                    2,520.00
TOM VAUGHN                TRUSTEE                                         2,664.53
DEBTOR REFUND             REFUND                                              3.85

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------

                PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 04 B 28764 ALEX G TARRAGO & VERONICA M TARRAGO
```

```
TRUSTEE                               48,061.33

PRIORITY                                                      .00
SECURED                                                 27,824.83
    INTEREST                                             2,169.67
UNSECURED                                               12,878.45
ADMINISTRATIVE                                           2,520.00
TRUSTEE COMPENSATION                                     2,664.53
DEBTOR REFUND                                                3.85
                                 ---------------  ---------------
TOTALS                                48,061.33         48,061.33
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 02/28/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE